AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LINARES, JOSE L. | U.S. DISTRICT COURT NEW JERSEY | 11/20/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2016 to 12/31/2016 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

FEDERAL COURTHOUSE
50 WALNUT ST. ROOM 5054
NEWARK, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 11/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/16 | ADJUNCT PROFESSOR SETON HALL UNIVERSITY SALARY | $18,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/16 | BHHS NJ PROPERTIES REAL ESTATE SALES COMMISSIONS |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US TREASURY | 2016 FEDERAL INCOME TAXES DUE 4/15/2017 | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L.. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD BANK | A | Interest | L | T | | | | | |
| 2. PNC BANK | A | Interest | J | T | | | | | |
| 3. PNC BANK | A | Interest | J | T | | | | | |
| 4. INVESTOR SAVINGS BANK (FORMERLY AMERICAN SAVINGS) | A | Interest | J | T | | | | | |
| 5. REAL ESTATE RENTAL PT.PLEASANT NJ ON 10/24/09 FOR $340000 | A | Rent | N | R | | | | | |
| 6. MET LIFE IRA MODERATE TO AGGRESSIVE ALLOCATION PORTFOLIO | E | Dividend | O | T | | | | | |
| 7. MET LIFE NON QUALIFIED ANNUITY FIXED RATE ANNUITY | E | Dividend | L | T | | | | | |
| 8. IRA MET LIFE AMERICA FUNDS GLOBAL SMALL | A | Dividend | L | T | | | | | |
| 9. IRA MET LIFE AMERICA FUNDS GROWTH | A | Dividend | K | T | | | | | |
| 10. IRA MET LIFE AMERICA FUNDS GROWTH INCOME | A | Dividend | K | T | | | | | |
| 11. IRA MET LIFE DAVIS VENTURE VALUE | A | Dividend | J | T | | | | | |
| 12. IRA MET LIFE HARRIS OAKMARK INTERNATIONAL | A | Dividend | K | T | | | | | |
| 13. IRA MET LIFE LORD ABBETT BOND DEBENTURE | A | Dividend | K | T | | | | | |
| 14. IRA MET LIFE NEUBERGER BERMAN GENESIS | A | Dividend | J | T | | | | | |
| 15. IRA MET LIFE WESTERN ASSET MANAGEMENT US GOVERNMENT | A | Dividend | J | T | | | | | |
| 16. IRA MET LIFE WESTERN ASSET MGMT STRATEGIC BOND | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  REAL ESTATE RENTAL WEST CALDWELL NJ ON 8/1/13 FOR $600000. | A | Rent | | | Sold | 10/17/16 | O | E | |
| 18.  MET LIFE VARIABLE ANNUITY ISHARES CORE S&P 500 | B | Dividend | J | T | Redeemed (part) | 11/15/16 | L | A | |
| 19.  WELLS FARGO IRA | A | Interest | K | T | | | | | |
| 20.  WELLS FARGO IRA ISHARES CORE | A | Dividend | | | Redeemed | 01/31/16 | L | B | |
| 21.  WELLS FARGO IRA ISHARES MSCI | A | Dividend | | | Redeemed | 01/31/16 | K | | |
| 22.  WELLS FARGO IRA ISHARES GROWTH | A | Dividend | | | Redeemed | 01/31/16 | K | B | |
| 23.  WELLS FARGO IRA DOUBLELINE FDS | C | Dividend | | | Redeemed | 01/31/16 | M | B | |
| 24.  WELLS FARGO IRA GATREWAY FUND | A | Dividend | | | Redeemed | 01/31/16 | K | B | |
| 25.  WELLS FARGO IRA LORD ABBETT ST DURATION | C | Dividend | | | Redeemed | 01/31/16 | L | B | |
| 26.  WELLS FARGO IRA LORD ABBETT TR FLTG RATE FD CLASS F | B | Dividend | | | Redeemed | 01/31/16 | K | B | |
| 27.  WELLS FARGO IRA | A | Interest | J | T | | | | | |
| 28.  WELLS FARGO IRA ISHARES CORE | B | Dividend | L | T | | | | | |
| 29.  WELLS FARGO IRA ISHARES MSCI | A | Dividend | | | Redeemed | 01/05/16 | K | A | |
| 30.  WELLS FARGO IRA ISHARE S&P GROWTH | A | Dividend | | | Redeemed | 01/05/16 | K | A | |
| 31.  WELLS FARGO IRA DOUBLINE FDS | C | Dividend | M | T | | | | | |
| 32.  WELLS FARGO IRA GATEWAY FUND | A | Dividend | K | T | | | | | |
| 33.  WELLS FARGO IRA LORD ABBETT TR SHORT DURATION | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. WELLS FARGO IRA TR FLTG FD CLASS | B | Dividend | | | Redeemed | 01/05/16 | K | A | |
| 35. WELLS FARGO BANK | A | Interest | | | Redeemed | 01/05/16 | J | A | |
| 36. WELLS FARGO ISHARES CORE | A | Dividend | | | Redeemed | 01/05/16 | M | A | |
| 37. WELLS FARGO ISHARES MSCI USA | A | Dividend | | | Redeemed | 01/05/16 | K | A | |
| 38. WELLS FARGO ISHARES S&P 500 | A | Dividend | | | Redeemed | 01/05/16 | K | A | |
| 39. WELLS FARGO DOUBLELINE FUNDS | A | Dividend | | | Redeemed | 01/05/16 | M | A | |
| 40. WELLS FARGO GATEWAY FUND | A | Dividend | | | Redeemed | 01/05/16 | K | A | |
| 41. WELLS FARGO LORD ABBET TD SHORT DURATION | A | Dividend | | | Redeemed | 01/05/16 | L | A | |
| 42. WELLS FARGO LORD ABBETT TR FLTG FD CLASS F | A | Dividend | | | Redeemed | 01/05/16 | L | A | |
| 43. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 44. WELLS FARGO ISHARES CORE S&P 500 | A | Dividend | K | T | Redeemed (part) | 11/14/16 | M | B | |
| 45. WELLS FARGO ISHARES CURRENCY ET HEDGED | A | Dividend | | | Redeemed | 11/14/16 | K | B | |
| 46. WELLS FARGO ISHARES S&P 500 GROWTH | A | Dividend | | | Redeemed | 11/14/16 | M | B | |
| 47. WELLS FARGO ISHARES SECTOR ET TECHNOLOGY | A | Dividend | | | Redeemed | 11/14/16 | K | B | |
| 48. WELLS FARGO SELECT SECTOR SPDR | A | Dividend | | | Redeemed | 11/14/16 | K | B | |
| 49. WELLS FARGO LORD ABBETT TR SHORT TERM DURATION | A | Dividend | | | Redeemed | 11/14/16 | L | B | |
| 50. WELLS FARGO LORD ABBETT HIGH YIELD FUND CLASS F | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. WELLS FARGO LORD ABBETT TR FLTG RASTE CLASS F | A | Dividend | | | Redeemed | 11/01/16 | K | B | |
| 52. KEY BANK NATIONAL | A | Interest | J | T | Buy | 11/01/16 | J | | |
| 53. WELLS FARGO IRA BLACKROCK | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 54. WELLS FARGO IRA BLACKROCK FUNDS II | A | Dividend | L | T | Buy | 11/15/16 | L | | |
| 55. WELLS FARGO IRA DOUBLELINE FDS | A | Dividend | M | T | Buy | 11/15/16 | M | | |
| 56. WELLS FARGO IRA GATEWAY FUND CL | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 57. WELLS FARGO IRA JP MORGAN TR I STRATEGIC INCOME | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 58. WELLS FARGO IRA LORD ABBETT INV TR | A | Dividend | L | T | Buy | 11/15/16 | L | | |
| 59. WELLS FARGO IRA PRUDENTIAL INVT PORTFOLIO | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 60. WELLS FARGO IRA BLACKROCK | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 61. WELLS FARGO IRA BLACKROCK FUNDS II | A | Dividend | L | T | Buy | 11/11/16 | L | | |
| 62. WELLS FARGO IRA JP MORGAN TR1 STRATEGIC INCOME | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 63. WELLS FARGO IRA PRUDENTIAL INV PORTFOLIO | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 64. WELLS FARGO ADVISORS DOUBLE LINE FUNDS | A | Dividend | K | T | Buy | 03/30/16 | K | | |
| 65. WELLS FARGO ADVISORS JP MORGAN TR II CORE PLUS BOND FUND SELECT CLASS | B | Dividend | K | T | Buy | 03/30/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 11/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS AND TRUSTS

LINE 17 ON 8/1/2013 CONVERTED PRINCIPAL IN WEST CALDWELL NJ TO RENTAL PROPERTY FOR A COST OF $600000.AND SUBSEQUENTLY SOLD ON 10/17/16 FOR $740000.00

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 11/20/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSE L. LINARES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544